```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
SOTHEBYS, INC.,                                                   :
                                                                  :
                              Plaintiff,                          :
                                                                  :       21-cv-06574 (LJL)
            -v-                                                   :
                                                                  :       ORDER
THUT et al,                                                       :
                                                                  :
                              Defendant.                          :
                                                                  :
------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/12/2022

LEWIS J. LIMAN, United States District Judge:

On July 28, 2022, Magistrate Judge Sarah L. Cave issued a Report and Recommendation recommending that the Court grant Plaintiff's motion for judgment on the pleadings and that Plaintiff be awarded (1) compensatory damages in the amount of $3,013,910.00; (2) pre-judgment interest in the amount of $688,560.70; (3) post-judgment interest; and (4) permission to file a bill of costs with the Clerk of the Court. Dkt. No. 36. Magistrate Judge Cave advised the parties that they had fourteen (14) days to file written objections to the Report and Recommendation, and no such objections have been filed.

In reviewing a Magistrate Judge's report and recommendation, a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Parties are given the opportunity to raise timely objections to the report and recommendation within fourteen (14) days. *Id.* The Court reviews any portion of the report subject to an objection *de novo*; however, in the absence of any objection, the Court reviews the report and recommendation only for clear error. Fed. R. Civ. P. 72(b) Advisory Committee Notes; *Colvin v. Berryhill*, 734 F. App'x 756, 758 (2d Cir. 2018).

The Court has reviewed the record and the Report and Recommendation for clear error and, finding none, hereby ORDERS that the Report and Recommendation is ADOPTED in its entirety, GRANTS Plaintiff's motion for judgment on the pleadings, and AWARDS Plaintiff (1) compensatory damages in the amount of $3,013,910.00; (2) pre-judgment interest in the amount of $688,560.70; (3) post-judgment interest; and (4) permission to file a bill of costs with the Clerk of the Court.

The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated: August 12, 2022
      New York, New York

                                      LEWIS J. LIMAN
                              United States District Judge