**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
SOTHEBYS, INC.,

                Plaintiff,

  -against-                                          21 **CIVIL** 6574 (LJL)

                                                               **JUDGMENT**

THUT et al.,

                Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 12, 2022, the Court has reviewed the record and the Report and Recommendation for clear error and, finding none. The Report and Recommendation is ADOPTED in its entirety, and Plaintiff's motion for judgment on the pleadings is GRANTED, and Plaintiff is AWARDED (1) compensatory damages in the amount of $3,013,910.00; (2) pre-judgment interest in the amount of $688,560.70; (3) post-judgment interest; and (4) permission to file a bill of costs with the Clerk of the Court; accordingly, the case is closed.

**Dated:**  New York, New York

       August 15, 2022

                                                                    **RUBY J. KRAJICK**
                                                                     _____
                                                                     **Clerk of Court**
                                    **BY:**    *K. Mango*
                                                                     _____
                                                                       **Deputy Clerk**